HONORA CUNNINGHAM, Respondent, *v.* FRANK M. HEWITT, as Administrator of the Estate of CHRISTOPHER HEWITT, Deceased, Appellant.

*Cunningham* v. *Hewitt,* 84 App. Div. 114, affirmed.
(Argued December 7, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May

13, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Nash Rockwood* and *George R. Salisbury* for appellant.

*Edgar T. Brackett* and *William D. McNulty* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Absent: HAIGHT, J.